IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02189-LTB-MEH

KIMBERLY FOERSTER,

      Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2008.**

      Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Entry of Protective Order [Filed January 20, 2008; Docket #6] is **granted**. The Court will sign the Protective Order and enter it on the record.